IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-0460-REB-OES

UNITED STATES for the Use of SCHMIDT CONSTRUCTION COMPANY, a Colorado corporation,

   Plaintiff,

v.

AU' AUTHUM KI, INC., an Arizona corporation, and
AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation,

   Defendant.

## ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**Blackburn, J.**

This matter is before me on the plaintiff's motion for default judgment [#7], filed August 4, 2005. The motion should be denied without prejudice.

The plaintiff seeks default judgment on the plaintiff's second claim for relief against defendant American Motorists Insurance Company. In its second claim for relief, the plaintiff seeks judgment for 24,779.84 dollars. *Complaint*, ¶ 20. In the motion for default judgment, the plaintiff seeks judgment for 7,918.84 dollars. *Motion for default judgment*, ¶ 5. The affidavit of Leonard Miller, filed in support of the motion for default judgment, indicates that the principal amount due and owing is 7,918,814.00 dollars. *Affidavit of Leonard Miller*, ¶ 6. Given these wide discrepancies

in the amount of damages sought by the plaintiff, I cannot properly establish the amount of damages due the plaintiff, as required by FED. R. CIV. P. 55(b)(2).

**THEREFORE, IT IS ORDERED** that the plaintiff's motion for default judgment [#7], filed August 4, 2005, is **DENIED** without prejudice.

Dated August 17, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge