**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0460-REB-OES

UNITED STATES for the Use of SCHMIDT CONSTRUCTION COMPANY, a Colorado corporation,

    Plaintiff,

v.

AU' AUTHUM KI, INC., an Arizona corporation, and
AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## ORDER OF DISMISSAL
## OF DEFENDANT AU'AUTHUM KI, INC.

**Blackburn, J.**

The parties have filed a **Joint Motion to Dismiss With Prejudice** [#15] on September 13, 2005.  After careful review of the motion and the file, the court has concluded that the motion should be granted and plaintiff's claim against defendant Au'Authum Ki, Inc., should be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1.  That the **Joint Motion to Dismiss With Prejudice** [#15] on September 13, 2005, is **GRANTED**;

2.  That plaintiff's claim against defendant Au'Authum Ki, Inc. is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs; and

3. That defendant Au'Authum Ki, Inc. is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated this 13th day of September, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Court