**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0460-REB-OES

UNITED STATES for the Use of SCHMIDT CONSTRUCTION COMPANY, a Colorado corporation,

    Plaintiff,

v.

AMERICAN MOTORISTS INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The plaintiff has filed a **Notice of Dismissal of Defendant American Motorists Insurance Company** [#17] on September 15, 2005. After careful review of the notice and the file, the court has concluded that the notice should be approved and this action be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1. That the **Notice of Dismissal of Defendant American Motorists Insurance Company** [#17] on September 15, 2005, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE**.

Dated this 16th day of September, 2005, at Denver, Colorado.

                BY THE COURT:

                s/ Robert E. Blackburn
                Robert E. Blackburn
                United States District Court